Susan M. BARELA, Petitioner,

v.

DEPARTMENT OF the NAVY,
Respondent.

No. 2010–3048.

United States Court of Appeals,
Federal Circuit.

March 3, 2010.

Susan M. Barela, Fairfax, VA, pro se.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's February 16, 2010 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due 21 days from the filing date of this order.

Ruben CAMACHO, Petitioner,

v.

DEPARTMENT OF HOMELAND
SECURITY, Respondent.

No. 2010–3011.

United States Court of Appeals,
Federal Circuit.

March 4, 2010.

Lawrence A. Berger, Mahon & Berger, Glen Cove, NY, for Petitioner.

Jacob A. Schunk, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.